**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01150-REB-MEH

EDUARDO A. JOHNSON,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF'S DEPARTMENT and
OFFICERS; Mark Ortler, Matt Walker, Rob Hoffman, Jon Schott, Dennis Erickson,

    Defendants.

## ORDER

**Blackburn, J.**

This matter is before me on the plaintiff's **Motion for Judgment by Default** [#8], filed September 13, 2006. As indicated in the Clerk's Note [#9], filed September 14, 2006, the file in this case does not contain appropriate documentation to verify service on the defendants. Under these circumstances, the entry of default against the defendants and the entry of default judgment against the defendants is not proper. FED. R. CIV. P. 55.

**THEREFORE, IT IS ORDERED** that the plaintiff's **Motion for Judgment by Default** [#8], filed September 13, 2006, is **DENIED**.

Dated September 14, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**