IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01150-REB-MEH

EDUARDO A. JOHNSON,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF'S DEPT.,
Officers: MARK ORTLER,
MATT WALKER,
ROB HOFFMAN,
JON SCHOTT, and
DENNIS ERICKSON,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 12, 2006.**

    Defendants' Motion to Vacate Scheduling Conference [Filed October 10, 2006; Docket #16] is **granted**. The Scheduling Conference currently set in this matter for **October 26, 2006**, at **9:00 a.m.** is **canceled**. Cancellation of the conference is in no way indicative of the Court's view with regard to the position of the Defendants concerning the issue of service of process, nor is it to be construed as any type of ruling in this regard. The Federal Rules of Civil Procedure govern the presentation of such issues to the Court.

    Pursuant to Fed.R.Civ.P. 15(a), court approval was not required for the filing of the Amended Complaint (Docket #4) and as it has not been stricken, it remains as the operative pleading in this action.