**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01150-REB-MEH

EDUARDO A. JOHNSON,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF'S DEPARTMENT and
OFFICERS; Mark Ortler, Matt Walker, Rob Hoffman, Jon Schott, Dennis Erickson,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

This matter is before me on the following: 1) the defendants' **Motion To Dismiss** [#20], filed November 17, 2006; 2) the magistrate judge's **Recommendation on Defendants' Motion To Dismiss** [#24], filed January 29, 2007; and 3) the plaintiff's **Motion for Status on Civil Case** [#28], filed July 23, 2007.  The plaintiff filed an objection [#25] to the magistrate judge's recommendation, and the defendants filed a response [#27] to the plaintiff's objection.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objection, the defendants' reply, and the applicable law.  Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and have held them to a less stringent standard than formal pleadings drafted by lawyers.

*Erickson v. Pardus*, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The magistrate judge's recommendation is detailed and well-reasoned.  I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendation proposed by the Magistrate Judge should be approved and adopted.  The plaintiff's objection to the recommendation [#25] is overruled.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation on Defendants' Motion To Dismiss** [#24], filed January 29, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the plaintiff's objection [#25], filed February 9, 2007, to the magistrate judge's recommendation is **OVERRULED**;

3.  That the defendants' **Motion To Dismiss** [#20], filed November 17, 2006, is **GRANTED**;

4.  That this case is **DISMISSED** without prejudice;

5.  That the plaintiff's **Motion for Status on Civil Case** [#28], filed July 23, 2007; is **DENIED** as moot;

6.  That **JUDGMENT SHALL ENTER** in favor of the defendants and against the plaintiff; and

7.  That the defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated September 11, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**